CAROLINE D. CIRAOLO
Acting Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202-616-3173
Facsimile: 202-307-0054
Email: jonathan.m.hauck@usdoj.gov
       western.taxcivil@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

*Counsel for the United States*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|              ) | Case No. 2:15-cv-00458-RCJ-GWF |
|     Plaintiff,     ) | |
|              ) | STIPULATION |
|     v.       ) | |
|              ) | |
| HARVEY L. CAGE, d/b/a CSN Tax Service,    ) | |
|              ) | |
|     Defendant.     ) | |

Plaintiff, the United States of America, and Defendant Harvey L. Cage, d/b/a CSN Tax Service, stipulate as follows:

1.  The United States effectuated service on March 30, 2015.

1

2. On May 19, 2015, the Court ordered that Defendant's deadline to answer, or otherwise respond, to the complaint, be June 5, 2015.

3. On June 1, 2015, undersigned counsel for the United States sent Mr. Yampolsky, counsel for Defendant, a proposed Stipulated Order of Permanent Injunction.

4. On June 8, 2015, Mr. Yampolsky indicated that he believes that the June 1 proposal will be acceptable, and he has requested a two week extension from the June 5, 2015 deadline to discuss the issue with his client and potentially execute the proposed Stipulated Order of Permanent Injunction.

//

//

//

//

//

//

//

5.   Accordingly, the parties propose that Defendant's deadline to answer, or otherwise

respond, to the complaint, be June 19, 2015.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

Dated:  June 8, 2015.                    By:    */s/ Jonathan M. Hauck*
JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3173 (v)
202-307-0054 (f)
jonathan.m.hauck@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

Dated: June 8, 2015.                            */s/ Mace J. Yampolsky*
MACE J. YAMPOLSKY
Mace J. Yampolsky, LTD.

Attorney for Defendant
Harvey L. Cage, d/b/a CSN Tax Service

IT IS SO ORDERED:

GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: June 9, 2015

3