UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>HARVEY L. CAGE, d/b/a/ CSN Tax Service,<br><br>           Defendant. | Case No.:   2:15-CV-00458-RCJ-GWF<br><br><br>**ORDER SETTING TELEPHONIC HEARING** |

**ORDER IN CHAMBERS**

On September 9, 2015, a motion hearing was held re: (ECF #13) Stipulation for Permanent Injunction and Proposed Order.  The Court instructed counsel to modify and re-file the Stipulation and Proposed Order, providing the names and tax preparer ID numbers for all persons in Mr. Cage's office. The IRS will compare the tax preparer ID numbers with any returns wherein a 2555 tax form was filed, and upon filing this case will then be closed.

On September 28, 2015, a [Proposed] Stipulated Order of Permanent Injunction (ECF #17) was filed in this action.  Accordingly,

IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 11:00 A.M. Wednesday, October 7, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 100715.  The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.

IT IS SO ORDERED this 5th day of October, 2015.

_____
ROBERT C. JONES
District Judge