# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARVEY L. CAGE, d/b/a/ CSN TAX SERVICE,<br><br>Defendant. | Case No.: 2:15-CV-00458-RCJ-GWF<br><br>**ORDER** |

IT IS HEREBY ORDERED that a Status Conference is set for 9:00 A.M., Wednesday, May 17, 2017, in LAS VEGAS Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Monday, May 8, 2017.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Monday, May 8, 2017.

IT IS SO ORDERED this 25th day of April, 2017.

_____
ROBERT C. JONES
Senior District Judge